Chad C. Butterfield, Esq.
Nevada Bar No. 010532
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
chad.butterfield@wilsonelser.com
*Attorneys for Defendant*
*AMERICAN HONDA FINANCE CORPORATION*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA L. SHEWBERT<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC;<br>SHELLPOINT MORTGAGE SERVICING;<br>RUSHMORE LOAN MANAGEMENT;<br>AMERICAN HONDA FINANCE CORP.;<br>HYUNDAI MOTOR FINANCE,<br><br>Defendants. | Case No.: 2:19-cv-00296-APG-GWF<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendant, AMERICAN HONDA FINANCE CORPORATION (hereinafter "AHFC"), by and through its counsel of record, CHAD C. BUTTERFIELD, ESQ., of the law firm WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, and Plaintiff, SANDRA L. SHEWBERT, by and through her counsel of record, DAVID H. KRIEGER, ESQ. and SHAWN W. MILLER, ESQ. of the HAINES & KRIEGER, LLC hereby file this joint motion to extend the deadline for AHFC to file a responsive pleading to May 21, 2019.

This motion is submitted in compliance with LR IA 6-1. Good cause exists for the requested extension, as counsel for AHFC has only recently been retained to represent AHFC in this matter and is still in the process of obtaining the relevant file materials and information necessary to respond to the allegations set forth in the Complaint. Furthermore, the parties request an extension to explore potential settlement of this case. Accordingly, the parties agree that the requested extension furthers the interests of this litigation and is not being requested in bad faith or to delay these proceedings unnecessarily.

1

1 | This is the parties' first request for extension of the deadline.

2 | DATED this 14th day of May, 2019.

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

 */s/ Chad C. Butterfield*
Chad C. Butterfield, Esq.
Nevada Bar No. 10532
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
*Attorneys for Defendant American Honda Finance Corporation*

DATED this 14th day of May, 2019.

**HAINES & KRIEGER, LLC**

 */s/ Shawn W. Miller*
David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
*Attorney for Plaintiff Sandra L. Shewbert*

## **ORDER**

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated this  20th  day of   May   , 2019.

_____
UNITED STATES MAGISTRATE JUDGE

1463424V.1