Laurel I. Handley (NV Bar # 9576)
Jory C. Garabedian (NV Bar # 10352)
**ALDRIDGE PITE, LLP**
520 South 4th St., Suite 360
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (702) 685-6342
E-Mail: lhandley@aldridgepite.com

*Attorneys for Defendant:*
*Rushmore Loan Management Services, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA L. SHEWBERT,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; SHELLPOINT MORTGAGE SERVICING; RUSHMORE LOAN MANAGEMENT; AMERICAN HONDA FINANCE CORP; HYUNDAI MOTOR FINANCE,<br><br>Defendants. | Case No. 2:19-cv-00296-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO AMENDED COMPLAINT**<br><br>**First Request** |

Defendant Rushmore Loan Management Services, LLC ("Rushmore") and Plaintiff Sandra L. Shewbert ("Plaintiff" and collectively the "Parties"), by and through their undersigned attorneys of record, hereby stipulate and agree as follows:

1. On April 16, 2019, Plaintiff filed her First Amended Complaint. (ECF No. 9).

2. Rushmore was served with the First Amended Complaint and Summons on April 17, 2019, thereby making Rushmore's response due May 8, 2019.

3. The Parties hereby stipulate and agree that Rushmore's deadline to file a response to the First Amended Complaint shall be extended to May 31, 2019.

4. This request and stipulation is the first request, and is not being made for purposes of delay or prejudice as counsel for Rushmore was only recently retained and reached

out to Plaintiff's counsel on May 7, 2019 inquiring about resolution opportunities. The Parties wish to explore prompt resolution opportunities prior to engaging or incurring additional fees and costs in responsive pleading and discovery practice.

DATED this 8th day of May, 2019.

| ALDRIDGE PITE, LLP | HAINES & KRIEGER, LLC |
|---|---|
| /s/ Jory C. Garabedian | /s/ David H. Krieger |
| Jory C. Garabedian<br>Nevada Bar No. 10352<br>*Attorney for Defendant*<br>*Rushmore Loan Management Services, LLC* | David H. Krieger<br>Nevada Bar No. 9086<br>*Attorney for Plaintiff*<br>*Sandra L. Shewbert* |

**IT IS SO ORDERED:**

_____
U.S. MAGISTRATE JUDGE

DATED: 5/21/2019