Laurel I. Handley (NV Bar # 9576)
Jory C. Garabedian (NV Bar # 10352)
**ALDRIDGE PITE, LLP**
520 South 4th St., Suite 360
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (702) 685-6342
E-Mail: lhandley@aldridgepite.com

*Attorneys for Defendant:*
*Rushmore Loan Management Services, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA L. SHEWBERT, | Case No. 2:19-cv-00296-APG-GWF |
| Plaintiff, | |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC; SHELLPOINT MORTGAGE SERVICING; RUSHMORE LOAN MANAGEMENT; AMERICAN HONDA FINANCE CORP; HYUNDAI MOTOR FINANCE, | **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO AMENDED COMPLAINT** |
| Defendants. | **Second Request** |

Defendant Rushmore Loan Management Services, LLC ("Rushmore") and Plaintiff Sandra L. Shewbert ("Plaintiff" and collectively the "Parties"), by and through their undersigned attorneys of record, hereby stipulate and agree as follows:

1. On April 16, 2019, Plaintiff filed her First Amended Complaint. (ECF No. 9).

2. Rushmore was served with the First Amended Complaint and Summons on April 17, 2019, thereby making Rushmore's initial response due May 8, 2019.

3. The Court granted the Parties' first stipulation to extend time to file a response to the First Amended Complaint thereby making the current deadline May 31, 2019. (*See* ECF No. 22).

4. The Parties agree and submit their second request to extend the response deadline through June 14, 2019 to further consider early resolution before an answer or other responsive pleading is filed. Counsel for Plaintiff is scheduled to meet with Plaintiff on Friday June 7, 2019 to further consider early resolution.

5. This request and stipulation is the second request, and is not being made for purposes of delay or prejudice.

DATED this 31<u>st</u> day of May, 2019.

ALDRIDGE PITE, LLP

/s/ Jory C. Garabedian

Jory C. Garabedian
Nevada Bar No. 10352
*Attorney for Defendant*
*Rushmore Loan Management Services, LLC*

HAINES & KRIEGER, LLC

/s/ David H. Krieger

David H. Krieger
Nevada Bar No. 9086
*Attorney for Plaintiff*
*Sandra L. Shewbert*

**IT IS SO ORDERED:**

U.S. MAGISTRATE JUDGE

DATED: 6/3/2019

# CERTIFICATE OF SERVICE

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 4375 Jutland Drive, Suite 200, P.O. Box 17935, San Diego, CA 92177-0935.

I hereby certify that on May 31, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Shawn Wayne Miller<br>Haines & Krieger, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, NV 89123<br>Email: smiller@hainesandkrieger.com<br>*Attorney for Plaintiff* | David H. Krieger<br>Haines & Krieger, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>Email: dkrieger@hainesandkrieger.com<br>*Attorney for Plaintiff* |
| Jeremy J. Thompson<br>Clark Hill PLLC<br>3800 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Email: jthompson@clarkhill.com<br>Attorney for Defendant Equifax Information Services, LLC | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 31st day of May, 2019, at San Diego, California.

Marsha L. Johnson

- 3 -