# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SANDRA L. SHEWBERT,

    Plaintiff

v.

EQUIFAX INFORMATION SERVICES,
LLC, et al.,

    Defendants

Case No.: 2:19-cv-00296-APG-GWF

**Order for Stipulation of Dismissal or
Status Report**

On April 23, 2019, the plaintiff advised the court that she had reached a settlement with defendant Equifax Information Services, LLC and request 60 days to file a stipulation of dismissal. ECF No. 16. More than 60 days have passed and nothing has been filed as to Equifax.

IT IS THEREFORE ORDERED that on or before August 2, 2019, the plaintiff and defendant Equifax Information Services, LLC shall file either a stipulation of dismissal or a status report.

DATED this 24th day of July, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE